AO (Rev. 5/85) Criminal Complaint

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL COMPLAINT FOR PROVISIONAL ARREST WARRANT WITH A VIEW TOWARDS EXTRADITION (18 U.S.C. § 3184) |
| vs. | |
| STEVEN LEE BATCHELDER | CASE NUMBER: 4:06mj136 |

I, the undersigned complainant, request that a warrant for the arrest of Steven Lee Batchelder be issued in accordance with Title 18, United States Code, Section 3184 and the Extradition Treaty between the United States and Canada as amended by its Protocols, based upon the facts contained in the affidavit attached hereto and incorporated by reference herein.

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof:    ☒ Yes ☐ No

Signature of Complainant  *Robert O. Davis*

Sworn to before me and subscribed in my presence,

August 23, 2006                at         Tallahassee, Florida
Date

*William C. Sherrill*
WILLIAM C. SHERRILL
UNITED STATES MAGISTRATE JUDGE