AO 442  (Rev. 10/03) Warrant for Arrest                                    #1186745

# UNITED STATES DISTRICT COURT

__NORTHERN__ District of __FLORIDA__

UNITED STATES OF AMERICA

V.

STEVEN LEE BATCHELDER

**WARRANT FOR ARREST**

Case Number: 4:06mj136-WCS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __STEVEN LEE BATCHELDER__
                                                                        Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☑ Complaint   ☐ Order of court   ☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice

charging him or her with  (brief description of offense)
Provisional arrest warrant with a view towards extradition

in violation of Title __18__ United States Code, Section(s) __3184__

WILLIAM C. SHERRILL, JR.                          _/s/ William C. Sherrill_
Name of Issuing Officer                           Signature of Issuing Officer

UNITED STATES MAGISTRATE JUDGE                    8/23/2006        TALLAHASSEE, FLORIDA
Title of Issuing Officer                          Date             Location

[Stamp: OFFICE OF CLERK, U.S. DISTRICT, NORTHERN DIST. FLA., TALLAHASSEE, FLA., 2006 NOV -8 PM 3:01, FILED]

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

TOT USMS on detainer fr Leon Co.

DATE RECEIVED: 8-23-06
DATE OF ARREST: 10-25-06

NAME AND TITLE OF ARRESTING OFFICER: F. Chiumento  AUSM

SIGNATURE OF ARRESTING OFFICER: _/s/_