IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>vs.<br><br>STEVEN LEE BATCHELDER,<br><br>        Defendant. | Case No. 4:06mj136-WCS |

## NOTICE OF APPEARANCE

NOTICE IS HEREBY GIVEN that undersigned counsel have been retained to represent the Defendant, STEVEN LEE BATCHELDER, herein. Please be governed accordingly.

Page 1 of  2

CERTIFICATE OF SERVICE

I HEREBY CERTIFY a true and correct copy of the foregoing instrument has been furnished to:

    Assistant United States Attorney Robert O. Davis
    111 North Adams Street, Suite 400
    Tallahassee, Florida 32301

by U.S. mail and electronic delivery this 17th day of January, 2007.

    Respectfully submitted,

    /s/ R. TIMOTHY JANSEN
    R. TIMOTHY JANSEN
    R. TIMOTHY JANSEN, P.A.
    1206 North Duval Street
    Tallahassee, Florida 32303
    (850) 224-1440/fax (850) 224-0381
    FL Bar No. 0691208

    /s/ MICHAEL UFFERMAN
    MICHAEL UFFERMAN
    Michael Ufferman Law Firm, P.A.
    2022-1 Raymond Diehl Road
    Tallahassee, Florida 32308
    (850) 386-2345/fax (850) 224-2340
    FL Bar No. 114227

    Counsel for Defendant **BATCHELDER**

xc:    Steven Lee Batchelder