### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF FLORIDA
### TALLAHASSEE DIVISION

**UNITED STATES OF AMERICA**

v.   Case No.: 4:06mj136-WCS

**STEVEN LEE BATCHELDER**
_____/

### DECLARATION OF LINDA BELYEW

LINDA BELYEW hereby declares and states:

1. I am employed as the Supervisor of Operations for the United States Marshals Service in Tallahassee, Florida ("USMS-Tallahassee"). I have been employed in this position since November of 2002. I have been employed by the United States Marshals Service since December of 1983. My current job responsibilities include oversight of court and prisoner operations for the USMS-Tallahassee. I make the following statement based upon my personal knowledge and upon information made available to me in the performance of my official duties.

2. As part of my duties, I have reviewed USMS-Tallahassee records concerning the above styled case. As a result of that review, I have learned that the warrant in this matter was executed in error.

3. Specifically, it appears that on October 25, 2006, Leon County authorities notified our office that Mr. Batchelder was available for transfer into the custody of USMS-Tallahassee on that date.

4. In the normal case, our office would have picked up the defendant at Leon County Jail and transported him to the Federal Courthouse for an initial appearance. For reasons that I do not know, this did not occur in this case.

5. Subsequently, USMS-Tallahassee executed the warrant on October 25, 2006. However, as stated above, USMS-Tallahassee did not take custody of Mr. Batchelder.

6. Leon County authorities subsequently notified my office that Mr. Batchelder was transferred to Florida Department of Corrections on October 26, 2006. A representative of the Florida Department of Corrections also confirmed Mr. Batchelder's transfer to their custody on that date.

7. I have further reviewed USMS-Tallahassee records and can state that there is no record of Mr. Batchelder ever having been taken into custody in connection with this matter by USMS-Tallahassee.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 31, 2007.

*Linda A. Belyew*
LINDA BELYEW