IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>vs.<br><br>STEVEN LEE BATCHELDER,<br><br>    Defendant. | Case No. 4:06mj136-WCS |

**MOTION FOR LEAVE TO FILE REPLY TO GOVERNMENT'S RESPONSE**

The Defendant, STEVEN LEE BATCHELDER, by and through undersigned counsel and pursuant to Local Rule 7.1(C)(2) of the United States District Court for the Northern District of Florida, moves the Court for leave to file a reply memorandum to the Government's Opposition to the Defendant's Motion to Quash (Doc 7) (hereinafter "Government's Response"). The Defendant submits that there is good cause to permit a reply memorandum. In the Government's Response, the Government argues that the documents

required by the Extradition Treaty have been provided. In his reply, the Defendant intends to argue that at least one required document has not been provided.

WHEREFORE, for the reasons set forth above, Defendant Batchelder respectfully requests the Court to grant him permission to file a reply memorandum to the Government's Response.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY a true and correct copy of the foregoing instrument has been furnished to:

    Assistant United States Attorney Robert O. Davis
    111 North Adams Street, Suite 400
    Tallahassee, Florida 32301

by U.S. mail and electronic delivery this 9th day of February, 2007.

        Respectfully submitted,

        /S/ R. TIMOTHY JANSEN
        R. TIMOTHY JANSEN
        R. TIMOTHY JANSEN, P.A.
        1206 North Duval Street
        Tallahassee, Florida 32303
        (850) 224-1440/fax (850) 224-0381
        FL Bar No. 0691208

        /S/ MICHAEL UFFERMAN
        MICHAEL UFFERMAN
        Michael Ufferman Law Firm, P.A.
        2022-1 Raymond Diehl Road
        Tallahassee, Florida 32308
        (850) 386-2345/fax (850) 224-2340
        FL Bar No. 114227

        Counsel for Defendant **BATCHELDER**

xc:    Steven Lee Batchelder