IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br>vs.<br><br>STEVEN LEE BATCHELDER,<br><br>      Defendant. | Case No. 4:06mj136-WCS |

**MOTION FOR LEAVE TO AMEND DEFENDANT'S MOTION TO QUASH PROVISIONAL ARREST WARRANT**

The Defendant, STEVEN LEE BATCHELDER, by and through undersigned counsel, moves the Court for leave to amend the previously-filed "Motion to Quash Provisional Arrest Warrant and/or Petition for Habeas Corpus Relief (Doc 6) (hereinafter "Motion"). In the motion, the Defendant inadvertently failed to indicate that the memorandum of law in support of the motion was included within the body of the motion.

WHEREFORE, for the reasons set forth above, Defendant Batchelder

respectfully requests the Court to grant him permission to file an amended motion which specifically states that the memorandum of law in support of the motion is included within the body of the motion.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY a true and correct copy of the foregoing instrument has been furnished to:

    Assistant United States Attorney Robert O. Davis
    111 North Adams Street, Suite 400
    Tallahassee, Florida 32301

by U.S. mail and electronic delivery this 9th day of February, 2007.

        Respectfully submitted,

        /S/ R. TIMOTHY JANSEN
        R. TIMOTHY JANSEN
        R. TIMOTHY JANSEN, P.A.
        1206 North Duval Street
        Tallahassee, Florida 32303
        (850) 224-1440/fax (850) 224-0381
        FL Bar No. 0691208

        /S/ MICHAEL UFFERMAN
        MICHAEL UFFERMAN
        Michael Ufferman Law Firm, P.A.
        2022-1 Raymond Diehl Road
        Tallahassee, Florida 32308
        (850) 386-2345/fax (850) 224-2340
        FL Bar No. 114227

        Counsel for Defendant **BATCHELDER**

xc:    Steven Lee Batchelder