IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>vs.<br><br>STEVEN LEE BATCHELDER,<br><br>        Defendant. | Case No. 4:06mj136-WCS |

**DEFENDANT'S REPLY TO GOVERNMENT'S OPPOSITION TO
DEFENDANT'S MOTION TO QUASH**

The Defendant, STEVEN LEE BATCHELDER, by and through undersigned counsel, replies to the Government's Opposition to the Defendant's Motion to Quash (Doc 7) (hereinafter "Government's Response"), and alleges:

1.     In the Government's Response, the Government argues that the documents required by the Extradition Treaty between the United States and Canada have been provided.  (Doc 7 - Pgs 1-3).

Page 1 of  4

2.	As explained in the memorandum below, to the best of undersigned counsel's knowledge, at least one required document has not been provided.

### Memorandum in Support.

Article 9, section (3), of the Extradition Treaty states:

> When the request relates to a person who has not yet been convicted, *it must also be accompanied by a warrant of arrest issued by a judge or other judicial officer of the requesting State* and by such evidence as, according to the laws of the requested State, would justify his arrest and committal for trial if the offense had been committed there, including evidence proving the person requested is the person to whom the warrant of arrest refers.

Extradition Treaty, U.S.-Canada, Art. 9, § (3), Dec. 3, 1971, 27 U.S.T. 983 (emphasis added).  Defendant Batchelder has not been convicted of the alleged offense in Canada.  Therefore, pursuant to article 9, section (3), of the Extradition Treaty, the request for extradition in the instant case was required to be accompanied by a warrant of arrest.  The paperwork attached to the Government's Response (Doc 7) did not include a copy of a warrant of arrest.  To the best of undersigned counsel's knowledge, no warrant has been provided

or disclosed.[1]

WHEREFORE, for the reasons set forth above and contained in the Defendant's Motion to Quash (Doc 6), Defendant Batchelder respectfully requests the Court to quash the provisional arrest warrant issued on August 23, 2006.[2]  All other appropriate relief is hereby requested.

---

[1] Defendant Batchelder acknowledges that in the Affidavit accompanying the Criminal Complaint, the Government stated that a Justice of the Peace in and for the Province of Ontario issued an arrest warrant for Defendant Batchelder on June 22, 2006. (Doc 2 - Pg 1 - Para 4). Nevertheless, it does not appear that the warrant of arrest has been disclosed by the Government.

[2] In the Government's Response, the Government concedes that this Court's arrest warrant was executed, but the Government states that the United States Marshals Service did not take Defendant Batchelder into custody and instead allowed him to be transferred into the custody of the Florida Department of Corrections.  *See* Declaration of Linda Belyew attached to Doc 6.  Defendant Batchelder submits that the decision of the Marshals Service declining to take Defendant Batchelder into custody does not affect the relevant time periods set forth in the Extradition Treaty. Defendant Batchelder contends that the time periods of the Extradition Treaty are applicable in light of the fact that this Court's arrest warrant was executed.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY a true and correct copy of the foregoing instrument has been furnished to:

    Assistant United States Attorney Robert O. Davis
    111 North Adams Street, Suite 400
    Tallahassee, Florida 32301

by U.S. mail and electronic delivery this 9th day of February, 2007.

    Respectfully submitted,

    /S/ R. TIMOTHY JANSEN
    R. TIMOTHY JANSEN
    R. TIMOTHY JANSEN, P.A.
    1206 North Duval Street
    Tallahassee, Florida 32303
    (850) 224-1440/fax (850) 224-0381
    FL Bar No. 0691208

    /S/ MICHAEL UFFERMAN
    MICHAEL UFFERMAN
    Michael Ufferman Law Firm, P.A.
    2022-1 Raymond Diehl Road
    Tallahassee, Florida 32308
    (850) 386-2345/fax (850) 224-2340
    FL Bar No. 114227

    Counsel for Defendant **BATCHELDER**

xc:    Steven Lee Batchelder