**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**UNITED STATES OF AMERICA**

vs.                                                                 **4:06mj136-WCS**

**STEVEN LEE BATCHELDER**
_____/

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

TO:       ANY UNITED STATES MARSHAL or his AUTHORIZED DEPUTY; and to Sheriff, LEON COUNTY JAIL OR to any other person or officer having custody of the Defendant.

IT APPEARING from the Petition of the United States of America that **STEVEN LEE BATCHELDER,** the above named defendant is confined in the custody of Jackson CI, and that this case is set for first appearance and further prosecution as to said defendant at Tallahassee, Florida, on **February 21, 2007, at 3:00** p.m. and it is necessary for the defendant to be before this court for the said proceeding(s).

NOW, THEREFORE, this is to command you, any United States Marshal, that you have

the body of the said defendant now detained in custody as aforesaid, under safe and secure conduct before this Court as set forth above for the said proceeding and upon completion of the proceeding(s) that you return defendant with all convenient speed under safe and secure conduct to the custody of the Official in Charge of the defendant.

AND this is to command you, the Official in Charge of said defendant to deliver into the custody of any United States Marshal or his duly authorized representative, upon production to you or a certified copy of this writ, the body of the said defendant for safe and secure conduct to this District for the purpose aforesaid.

**DONE AND ORDERED** on February 16, 2007.

    S/ William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**