**IN THE UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

**UNITED STATES OF AMERICA**

      **v.**                                         **Case No.:  4:06mj136-WCS**

**STEVEN LEE BATCHELDER,**
      **Respondent**

_____/

**REQUEST FOR EXTRADITION**

      The Government of Canada hereby files its Request for Extradition of STEVEN LEE BATCHELDER along with the formal papers supporting this Request, as required by Article 9 of the Extradition Treaty between the United States of America and Canada.  These supporting papers include the original of the Declaration of Emily Daughtry, (Attachment A, and previously filed with this Court as attachment #2 to doc. 7[1]) and the original of the documentary evidence accompanying this Request (Attachment B).  The Government of Canada hereby requests that STEVEN LEE BATCHELDER be extradited pursuant to Title 18, United States Code, Section 3184.

                                      Respectfully submitted,

                                      GREGORY R. MILLER
                                      United States Attorney

                                     ___s/ Robert O. Davis_____
                                      ROBERT O. DAVIS
                                      Assistant United States Attorney
                                      D.C. Bar No. 250274
                                      111 North Adams Street, 4th Floor
                                      Tallahassee, Florida, FL 32301
                                      (850) 942-8430

---

[1]The government notes that the treaty attachment to this original Daughtry Declaration appears to be missing pages from the relevant protocols.  The government previously filed a different version of the treaty along with a faxed version of the Daughtry Declaration to permit timely response to respondent's motion to quash.  See Doc. 7, at 2, n.1.

**CERTIFICATE OF SERVICE**

I hereby certify that on February 21, 2007,  I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to:

Michael Robert Ufferman
Michael Ufferman Law Firm, P.A.
2022-1 Raymond Diehl Road
Tallahassee, Florida 32308.

R. Timothy Jansen
R. Timothy Jansen, P.A.
1206 North Duval Street
Tallahassee, Florida 32303

    s/ Robert O. Davis
Robert O. Davis
Assistant United States Attorney