# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

**In re Request of Canada for the Extradition of:**

**STEVEN LEE BATCHELDER,**         DOCKET NO.  4:06mj136-WCS

      **Defendant.**
_____/

## ORDER OF TEMPORARY DETENTION

Pursuant to 18 U.S.C. § 3184, Steven Lee Batchelder has been arrested today on this court's provisional warrant with a view towards extradition.  Defendant will be temporarily detained until a hearing may be held pursuant to § 3184.

Accordingly, it is **ORDERED**:

1.  That the Defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  The Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections

facility shall deliver the Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding pursuant to 18 U.S.C. § 3184.

2. The parties shall confer, exchange and file memoranda concerning the procedures for the § 3184 hearing, and shall contact my judicial assistant for the scheduling of that hearing.

3. The Clerk is directed to change the style of this case as indicated above.

**DONE AND ORDERED** on February 22, 2007.


      **S/ William C. Sherrill, Jr.**
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**