IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| IN RE:<br><br>STEVEN LEE BATCHELDER, | Case No. 4:06mj136-WCS |

**NOTICE THAT MR. BATCHELDER VOLUNTARILY
DISMISSES/WITHDRAWS HIS PREVIOUSLY-FILED MOTION TO
QUASH PROVISIONAL ARREST WARRANT**

STEVEN LEE BATCHELDER, by and through undersigned counsel, notifies the Court that he is voluntarily dismissing/withdrawing his motion to quash provisional arrest warrant (Doc 6) and amended motion (Doc 10) in light of the documents filed by the Government on February 21, 2007.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY a true and correct copy of the foregoing instrument has been furnished to:

    Assistant United States Attorney Robert O. Davis
    111 North Adams Street, Suite 400
    Tallahassee, Florida 32301

by U.S. mail and electronic delivery this 23rd day of February, 2007.

    Respectfully submitted,

    /S/ R. TIMOTHY JANSEN
    R. TIMOTHY JANSEN
    R. TIMOTHY JANSEN, P.A.
    1206 North Duval Street
    Tallahassee, Florida 32303
    (850) 224-1440/fax (850) 224-0381
    FL Bar No. 0691208

    /S/ MICHAEL UFFERMAN
    MICHAEL UFFERMAN
    Michael Ufferman Law Firm, P.A.
    2022-1 Raymond Diehl Road
    Tallahassee, Florida 32308
    (850) 386-2345/fax (850) 224-2340
    FL Bar No. 114227

    Counsel for Defendant **BATCHELDER**

xc:    Steven Lee Batchelder