## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

### UNITED STATES OF AMERICA

vs.                                                      **4:06mj136-WCS**

### STEVEN LEE BATCHELDER
_____/

### WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:      ANY UNITED STATES MARSHAL or his AUTHORIZED DEPUTY; and to
         Sheriff, LEON COUNTY JAIL OR to any other person or officer having custody
         of the Defendant.

IT APPEARING from the Petition of the United States of America that **STEVEN LEE**

**BATCHELDER,** the above named defendant is confined in the custody of Jackson CI, and that

this case is set for first appearance and further prosecution as to said defendant at Tallahassee,

Florida, on **February 21, 2007, at 3:00** p.m. and it is necessary for the defendant to be before

this court for the said proceeding(s).

CERTIFIED A TRUE COPY
WILLIAM M. McCOOL, Clerk

By: _____
        Deputy Clerk

NOW, THEREFORE, this is to command you, any United States Marshal, that you have

U.S. MARSHALS RETURN

I have partially/fully executed this Writ by taking

custody of the within named ___Steven___

___Baletrell___ and transporting (him)/her to

___court___

_____ on ___2/21/07___

Pierre A Williams in
Unites States Marshal

BY: _____
Deputy U.S. Marshal