**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**UNITED STATES OF AMERICA,**

**vs.**                                             **CASE NO. 4:06mj136-WCS**

**STEVEN LEE BATCHELDER,**

    **Defendant.**

_____/

**O R D E R**

    The United States has filed a memorandum of law concerning extradition.  Doc. 23.  Accordingly, it is **ORDERED** that:

    1.  On or before **March 19, 2007**, Steven Lee Batchelder may file a memorandum of law concerning extradition.  The memorandum shall address only those issues as to which Defendant disagrees with the United States.

    2.  The Clerk is directed to schedule a final extradition hearing on March 22 or 23, or 27-30, 2007.  Four hours are reserved for the hearing.

    **DONE AND ORDERED** on March 12, 2007.

                             **s/   William C. Sherrill, Jr.**
                             **WILLIAM C. SHERRILL, JR.**
                             **UNITED STATES MAGISTRATE JUDGE**