IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| IN RE:<br><br>STEVEN LEE BATCHELDER. | Case No. 4:06mj136-WCS |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO THE GOVERNMENT'S MEMORANDUM ON THE LAW OF EXTRADITION**

The Defendant, STEVEN LEE BATCHELDER, by and through undersigned counsel, moves the Court for an extension of time to file a response to the Government's memorandum on the law of extradition. The Government served its memorandum on March 9, 2007. Local Rule 7.1(C)(1) provides that "[e]ach party opposing a motion shall have fourteen (14) days from the date of service of the motion to file and serve a responsive memorandum . . . ." Federal Rule of Civil Procedure 6(e) adds three days to this time period if service is by "electronic means." *See also* Fed. R. Crim. P. 45(c). Accordingly, undersigned counsel initially calendared the due date of

Mr. Batchelder's response as March 26, 2007. However, on March 12, 2007, the Court entered an ordering directing Mr. Batchedler to file a response by March 19, 2007.[1] Unfortunately undersigned counsel Ufferman is leaving the country on March 17, 2007 (pursuant to a prearranged vacation with his family coinciding with the school system's spring break). Mr. Ufferman will return to Tallahassee late in the day on March 22, 2007. Therefore, Mr. Batchelder respectfully requests the Court to extend the deadline for filing a responsive memorandum to March 26, 2007.

*Certificate of counsel.* Undersigned counsel has contacted opposing counsel, Assistant United States Attorney Robert O. Davis, who does not oppose the relief requested.

*Certificate of Good Faith.* The foregoing motion is made in good faith with no intent to delay the due administration of justice.

WHEREFORE, for the reasons set forth above, Defendant Batchelder prays the Court to extend the deadline for filing his response to the Government's memorandum on the law of extradition to March 26, 2007.

---

[1] The extradition hearing has been set for March 27, 2007.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY a true and correct copy of the foregoing instrument has been furnished to:

    Assistant United States Attorney Robert O. Davis
    111 North Adams Street, Suite 400
    Tallahassee, Florida 32301

by U.S. mail and electronic delivery this 16th day of March, 2007.

        Respectfully submitted,

        /s/ R. TIMOTHY JANSEN
        R. TIMOTHY JANSEN
        R. TIMOTHY JANSEN, P.A.
        1206 North Duval Street
        Tallahassee, Florida 32303
        (850) 224-1440/fax (850) 224-0381
        FL Bar No. 0691208

        /s/ MICHAEL UFFERMAN
        MICHAEL UFFERMAN
        Michael Ufferman Law Firm, P.A.
        2022-1 Raymond Diehl Road
        Tallahassee, Florida 32308
        (850) 386-2345/fax (850) 224-2340
        FL Bar No. 114227

        Counsel for Mr. **BATCHELDER**

xc:    Steven Lee Batchelder