# United States District Court
## CRIMINAL MINUTES - GENERAL

Case #  4:06mj136-WCS                           Date  April 18, 2007

DOCKET ENTRY:   Final Extradition Hearing Held

    The final hearing is continued.  By May 2 the Government shall a written notice advising the Court as to the status of the issues being settled.  By May 16 if the parties do not settle, the Government shall file a supplemental memorandum.  By May 23 the defendant shall file a response to the Government's supplemental memorandum.  The Final Hearing is rescheduled for June 21 at 10:00 a.m.

PRESENT:  HONORABLE  WILLIAM C. SHERRILL, JR.  , UNITED STATES MAGISTRATE JUDGE

| Angie Maxwell | Adina Sanchez | Lisa Jones | Rob Davis |
|---|---|---|---|
| Deputy Clerk | USPO | Court Reporter | Asst. U.S. Attorney |

U.S.A. v. (Defendant Listed Below)                    Attorney For Defendant

 STEVEN LEE BATCHELDER                                Tim Jansen and Michael Ufferman
 X  Present   X  Custody   __ Bond   __ O/R            ___ Apptd.   X  Retained   ___ present

PROCEEDINGS:    Hearing Held

Court in Session

Argument by Government

Argument by Defendant

Argument by Government

The Court continues the Final Extradition Hearing and sets out the following schedule:

    May 2, 2007:  On or before this date, the Government shall file written a notice advising the Court as to the status of issues being settled. If there is a settlement, then the Final Hearing will be cancelled and a Final Waiver Hearing will be scheduled.

    May 16, 2007:  If the parties do not settle the issues, then on or before this date the Government shall file a supplement memorandum addressing dual criminality and the applicable law of probable cause.

    May 23, 2007:  On or before this date, Defendant shall file a response to the Government's supplemental memorandum.

    June 21, 2007: 10:00 a.m. Final Hearing (if the case has not settled).

Court adjourned