**IN THE UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

**IN THE MATTER OF**
**THE EXTRADITION OF**                    Case No.:  4:06mj136-WCS
**STEVEN LEE BATCHELDER**
_____/

## GOVERNMENT'S STATUS REPORT

In its order of April 18, 2007, continuing the hearing in this matter (doc. 31), this Court directed the government to file a written notice of the status of the possible settlement of the issue of the extradition of STEVEN LEE BATCHELDER.  As the Court was advised at that hearing, counsel for Batchelder advised that he would waive a hearing and consent to extradition on the second charge in the Canadian request (unlawful confinement) if the Government of Canada would withdraw the first charge (abduction of a person under 14) and the last charge (invitation to sexual touching).

The undersigned has communicated with the Department of Justice, which has, in turn, communicated with responsible officials in the Government of Canada.  The Government of Canada advised that it wishes to proceed with all three charges at this time.

Respectfully submitted,

GREGORY R. MILLER
United States Attorney


  s/ Robert O. Davis
ROBERT O. DAVIS
Assistant United States Attorney
D.C. Bar No. 250274
111 North Adams Street, 4th Floor
Tallahassee, Florida, FL 32301
(850) 942-8430

## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to:

| | |
|---|---|
| Michael Robert Ufferman | R. Timothy Jansen |
| Michael Ufferman Law Firm, P.A. | R. Timothy Jansen, P.A. |
| 2022-1 Raymond Diehl Road | 1206 North Duval Street |
| Tallahassee, Florida 32308. | Tallahassee, Florida 32303 |

    s/ Robert O. Davis
Robert O. Davis
Assistant United States Attorney