IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**IN THE MATTER OF THE**
**EXTRADITION OF:**                         **CASE NO.  4:06mj136-WCS**

**STEVEN LEE BATCHELDER,**
**#12114017**
_____/

## WRIT TO OBTAIN FEDERAL PRISONER

**TO:  U.S. MARSHAL, or his authorized agent**

It appearing that the defendant in the above styled action is confined in the custody of the Bureau of Prisons at FEDERAL CORRECTIONAL INSTITUTION, Tallahassee, Florida, and that the above styled case has been scheduled for a final extradition hearing on **June 21, 2007,** beginning at **10:00 A. M.**, United States Courthouse, 111 North Adams Street, Courtroom 2 South, Tallahassee, Florida, and that it is necessary for said defendant to appear before this Court.

**NOW, THEREFORE**, this is to command you in charge of the person of the Defendant to have such person delivered under safe and secure conduct to the United States Courthouse, **on June 21, 2007**.  Upon completion of the hearing, it is further commanded that you return the subject with all convenient speed under safe and secure conduct to the custody of the aforementioned institution in which he has been incarcerated.

**DONE AND ORDERED** on May 3, 2007.


 S/ William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**

Case No. 4:06mj136-WCS