IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN THE MATTER OF
THE EXTRADITION OF                    Case No.:  4:06mj136-WCS
STEVEN LEE BATCHELDER
_____/

### GOVERNMENT'S MOTION FOR LEAVE TO FILE REPLY TO MR. BATCHELDER'S SUPPLEMENTAL MEMORANDUM CONCERNING EXTRADITION

The government, by and through the undersigned Assistant United States Attorney, moves this Court for leave to file a reply memorandum to Mr. Batchelder's Supplemental Memorandum Concerning Extradition (doc. 37).  The government submits that there is good cause to permit a reply memorandum as this reply identifies the legal authority and facts that the government will rely upon to contest the arguments advanced in Mr. Batchelder's most recent filing.

Respectfully submitted,

GREGORY R. MILLER
United States Attorney

  s/ Robert O. Davis
ROBERT O. DAVIS
Assistant United States Attorney
D.C. Bar No. 250274
111 North Adams Street, 4th Floor
Tallahassee, Florida, FL 32301
(850) 942-8430

**CERTIFICATE OF SERVICE**

I hereby certify that on May 31, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to:

| | |
|---|---|
| Michael Robert Ufferman | R. Timothy Jansen |
| Michael Ufferman Law Firm, P.A. | R. Timothy Jansen, P.A. |
| 2022-1 Raymond Diehl Road | 1206 North Duval Street |
| Tallahassee, Florida 32308. | Tallahassee, Florida 32303 |

                                                     s/ Robert O. Davis
                                                    Robert O. Davis
                                                    Assistant United States Attorney