# United States District Court
## GENERAL MINUTES

Case #   4:06mj136-WCS                                      Date:    June 21, 2006

**DOCKET ENTRY:  Final Extradition Hearing Held**                          **10:02 a.m. - 10:54 a.m.**

**Hearing Held - Order to Follow**

**PRESENT: HONORABLE WILLIAM C. SHERRILL, JR.  , UNITED STATES MAGISTRATE  JUDGE**

| Angie Maxwell | Judy Nolton |
|:---:|:---:|
| **Deputy Clerk** | **Court Reporter** |

**ATTORNEY PRESENT FOR GOVERNMENT:**          **ATTORNEYS PRESENT FOR BATCHELDER:**

Rob Davis                                                      Tim Jansen
                                                               Michael Ufferman

**PROCEEDINGS:     Hearing Held**

**10:02  Court In Session**

**10:03  Argument by Government**

**10:20  Argument by Defense (Jansen)**

**10:32  Argument by Defense (Ufferman)**

**10:40  Argument by Government**

**10:49  Argument by Defense (Ufferman)**

**10:54  Court to enter an order**

**10:54  Court Adjourned**