

DISTRICT OF COLUMBIA, ss:

## DECLARATION OF EMILY E. DAUGHTRY

I, Emily E. Daughtry, declare and say as follows:

1. I am an Attorney-Adviser in the Office of the Legal Adviser, Department of State, Washington, D.C. This office has responsibility for extradition requests within the Department of State, and I am familiar with the extradition case of Steven Lee Batchelder. I make the following statements based upon my personal knowledge and upon information made available to me in the performance of my official duties.

2. In accordance with the provisions of the extradition treaty in full force and effect between the United States and Canada, the Canadian Embassy has submitted a diplomatic note (No. 0344, dated November 24, 2006), formally requesting the extradition of Steven Lee Batchelder. A copy of the diplomatic note is attached to this declaration.

3. The relevant and applicable treaty provisions in full force and effect between the United States and Canada are found in the Extradition Treaty between the United States of America and Canada of December 3, 1971, which entered into force on March 22, 1976 (TIAS 8237) (the "1971 Treaty"), the Protocol Amending the Extradition Treaty with Canada of January 11, 1988, which entered into force on November 26, 1991 (the "1988 Protocol"), and the Second Protocol Amending the Extradition Treaty with Canada of January 12, 2001 (the "2001 Protocol"), which entered into force on April 30, 2003. Copies of the Treaty and the Protocols are attached to this declaration.

4. In accordance with Article 17 of the 1971 Treaty between the United States and Canada, the Government of the United States provides legal representation in its courts for Canada in its extradition requests, and Canada provides legal representation in its courts for extradition requests made by the United States.



GOVERNMENT'S EXHIBIT

4:06mj136

PENGAD 800-631-6989

Case 4:06-mj-00136-WCS   Document 42-2   Filed 06/25/07   Page 2 of 6
Case 4:06-mj-00136-WCS   Document 15-2   Filed 02/21/2007   Page 2 of 38
07011729-1

# United States of America



## DEPARTMENT OF STATE

### *To all to whom these presents shall come, Greetings:*

...ify That Emily E. Daughtry, whose name is subscribed to the document hereunto annexed, ... time of subscribing the same Attorney Adviser, Office of the Legal Adviser, Department of ... ted States of America, and that full faith and credit are due to her acts as such.

In testimony whereof, I, Condoleezza Rice, Secretary of State , have hereunto caused the seal of the Department of State to be affixed and my name subscribed by the Assistant Authentication Officer, of the said Department, at the city of Washington, in the District of Columbia, this thirtieth day of January, 2007.

_____
Secretary of State

By_____
Assistant Authentication Officer,
Department of State

Iss... ...suant to CHXF...... of
Sep...... 1789, 1 Stat. ...... 22
US...... 22USC 2651a...... C
30...... ...C 1733 et. seq.......
144...... ...LE 44 Federal......
Civ...... ...dure.

*This ce...... ...te is not valid if it is removed or altered in any way whatsoever*

-2-

5. The offenses for which extradition is sought are extraditable pursuant to Article 2 of the 1971 Treaty, as replaced by Article I of the 1988 Protocol. Article 2 of the 1971 Treaty, as replaced by Article I of the 1988 Protocol, provides that extradition shall be granted for conduct which constitutes offenses punishable by the laws of both Canada and the United States by imprisonment or other form of detention for a term exceeding one year or any greater punishment.

6. The documents submitted by the Government of Canada in support of its extradition request were certified on November 20, 2006, by Keith Powell, II, Consul General of the United States of America in Ottawa, in accordance with Title 18, United States Code, Section 3190. Mr. Powell, at the time of his certification, was the principal consular officer of the United States in Canada.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on January 30, 2007.

EMILY E. DAUGHTRY

Attachments:

    1. Copy of Note
    2. Copy of Treaty and Protocols

Note No. 0344

The Embassy of Canada presents its compliments to the Department of State and has the honour to request the extradition of Steven Lee BATCHELDER, an American citizen, born on January 1, 1983.

The subject is described as being 5'11" in height; weighs 160 lbs; blue eyes and dark short brown hair.  Photograph of the person sought is appended to the documents submitted in support of the extradition request.

Steven Lee Batchelder on or about the 21st day of June in the year 2006 at the Town of Fort Erie in the said region:

> - did, not being the parent, guardian, or person having the lawful care or charge of Naomie Kumbu, a person under the age of fourteen years, unlawfully entice away that person with intent to deprive a parent, namely Claudine Kawulu, of that person, contrary to section 281 of the Criminal Code of Canada;

> - and further did, without lawful authority confine Naomie Kumbu, contrary to section 279(2) of the Criminal Code of Canada;                ...2

- 2 -

- and further did, for sexual purpose, invite, a person
under the age of fourteen years, namely Naomie Kumbu to
directly touch with a part of her body the body of Steven
Lee Batchelder, contrary to section 152 of the Criminal
Code of Canada.

Information was sworn on June 21, 2006 by Sgt Wayne Gender of the
Niagara Regional Police Service, Province of Ontario. Warrant for
Arrest was issued on June 22, 2006, by Justice of the Peace Donna
Cowan.

There is no statute of limitations in respect of the
offences for which the person sought stands charged. The maximum
penalty for abduction of a child under 14 years, forcible
confinement and invitation to sexual touching is 10 years
imprisonment.

The subject is presently in custody at the Leon County
Jail, Florida.

The Prosecuting Attorney is Greg Skerkowski, Crown
Attorney, Ministry of the Attorney General for the Province of
Ontario, telephone 416-326-4609.

...3

- 3 -

The Investigating Officer is Detective Constable Christopher Lemaich, Fort Erie C.I.B., Niagara Regional Police Service, 5 District, telephone 905-688-4111 ext. 2325.

Documents in support of this request have been forwarded directly to the appropriate U.S. authorities.

The Embassy of Canada avails itself of this opportunity to renew to the Department of State the assurances of its highest consideration.


WASHINGTON, D.C.

November 24, 2006

