**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**


**IN THE MATTER OF
THE EXTRADITION OF**                    **Case No.:  4:06mj136-WCS**
**STEVEN LEE BATCHELDER**
_____/


**Government's Request to Grant Stay**

On  June 25, 2007, Magistrate Judge William C. Sherrill Jr. entered an order of

certification to the Secretary of State concerning the extradition of Steven Lee Batchelder to

Canada.  Doc. 42.  Thereafter, on June 29, 2007, respondent filed a motion to stay this order of

certification to permit the filing of a habeas corpus petition.  Doc. 43.  This motion seeking a

stay was referred to Senior Judge Robert L. Hinkle on July 3, 2007.  The government is unaware

of any action on this motion.

On July 30, 2007, Steven Lee Batchelder filed a petition for writ of habeas corpus

seeking review of Judge Sherrill's order of certification.  This matter was docketed as *Batchelder*

*v. Gonzalez*, 4:07cv330, and assigned to Judge Stephan P. Mickle, and referred to Magistrate

Judge Allan Kornblum.

In light of the filing of the habeas corpus petition in the related case, noted above, the

government asks that this Court grant the pending motion for stay in this matter.  While the

government recognizes that the filing of a petition for habeas corpus arguably tolls the time

limits under 18 U.S.C. § 3188., *see Jimenez v. U.S. District Court,* 84 S. Ct. 14, 18 (1963) (two

month period starts anew from conclusion of review of extradition order), the government

believes that the record in this case would be clearer, and the interest of the parties would be

better served, if the stay in this case were granted pending the resolution of the habeas corpus

petition in *Batchelder v. Gonzalez*, 4:07cv330.

  The government will file a similar notice in the related case of *Batchelder v. Gonzalez*,

4:07cv330, to advise the Court of these same considerations.

  Respectfully submitted,


           GREGORY R. MILLER
           United States Attorney


            s/ Robert O. Davis
           ROBERT O. DAVIS
           Assistant United States Attorney
           D.C. Bar No. 250274
           111 North Adams Street, 4th Floor
           Tallahassee, Florida, FL 32301
           (850) 942-8430


### CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2007,  I electronically filed the foregoing with the Clerk of the
Court using the CM/ECF system, which will send notification of such filing to:


| | |
|---|---|
| Michael Robert Ufferman | R. Timothy Jansen |
| Michael Ufferman Law Firm, P.A. | R. Timothy Jansen, P.A. |
| 2022-1 Raymond Diehl Road | 1206 North Duval Street |
| Tallahassee, Florida 32308. | Tallahassee, Florida 32303 |


            s/ Robert O. Davis
           Robert O. Davis
           Assistant United States Attorney